UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA,

v.

JAMES ROBINSON,
    Defendant.

-----------------------------------------------------------

**ORDER**

S1 21 Cr. 344 (LAK)

    Defendant James Robinson is remanded to the custody of the Attorney General of the United States, pursuant to Title 18, United States Code, Section 3142.

Dated: March 7, 2024
New York, New York

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK