```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JAMES ROBINSON,

          Defendant.

**ORDER OF RESTITUTION**

**S1 21 Cr. 344 (LAK)**

---

Upon the application of the United States of America, by its attorney, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Vladislav Vainberg, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count 1 of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** JAMES ROBINSON, the Defendant, shall pay restitution in the total amount of $7,499,000 to the victims of the offenses charged in Count 1. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any the following defendants ordered to make restitution for the offenses in this matter, or who have not yet been sentenced, up to $7,499,000:

James Moore, under docket *United States* v. *Moore*, 18 Cr. 759 (RMB) (S.D.N.Y.),

David Kennedy under docket *United States v. Robinson*, S2 21 Cr. 344 (LAK) (S.D.N.Y.), and

Renwick Haddow under docket *United States v. Haddow*, 19 Cr. 340 (LTS) (S.D.N.Y.), who has not yet been sentenced.

3. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total

amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter, up to $7,499,000.

4. In the event that additional victims are identified following the entry of this Restitution Order, the Government reserves the right to seek an amended judgment to add additional victims without modifying the total amount of restitution as to which this defendant is liable.

5. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

9/25/24

_____
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

2